Former Justices NIGRO and NEWMAN did not participate in the decision of this case.

Chief Justice CAPPY and Justice SAYLOR, EAKIN and BAER join the opinion.

**Richard E. STROTHER, Appellant,**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

April 17, 2007.

*ORDER*

PER CURIAM.

**AND NOW,** this 17th day of April, 2007, the Order of the Commonwealth Court is AFFIRMED.

**Robert Anthony LEGRANDE, Appellee,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF CORRECTIONS, SCI Laurel Highlands Records Supervisor Rhonda J. Stairs, Pennsylvania Board of Probation and Parole, Appellant.**

Supreme Court of Pennsylvania.

April 17, 2007.

*ORDER*

PER CURIAM.

The motion to consolidate with *Griffin v. Department of Corrections,* 590 Pa. 651, 915 A.2d 639 (2007), is denied. The Order of the Commonwealth Court granting mandamus relief is affirmed.

Justice FITZGERALD did not participate in the consideration or decision of this case.